United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:20-CT-3240-D

(To be filled out by Clerk's Office only)

William J Passarella JR

Inmate Number LG-653

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

(*Pro Se* Prisoner)

-against-

Internal Revenue Service Corp.

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☒ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Name: WILLIAM J PASSARELLA JR

Prisoner ID #: LG-6537    SCI MAHANOY

Place of ~~Detention~~ Address: 301 MOREA RD FRACKVILLE PA. 17932

Institutional Address: 301 MOREA RD

City: FRACKVILLE    State: PA.    Zip Code: 17932

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐ Pretrial detainee   ☒ State   ☐ Federal
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:
Name: INTERNAL REVENUE SERVICE CORP
Current Job Title:
Current Work Address: 3000 NewBern Avenue
City: RELIGH   State: NC.   Zip Code: 27610

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 2:
Name:
Current Job Title:
Current Work Address:
City:   State:   Zip Code:

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 443 So. 4th Street Colwyn, PA. 19023

Date(s) of occurrence: Fed Tax Default Judgment (CV-2003-412474)

State which of your federal constitutional or federal statutory rights have been violated:

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

Internal Revenue Service did NOT verify Records (SSN, DOB, Age of Person(s)) on Default Judgment Against me in 2003: The Property 443 So. 4th Street Colwyn PA 19023 CV-2003-412474 For (11,592.33) SSN. 1798, DOB 06/18/80) was only 10 years of age - A minor child in the year (1990) when they got the Property from Cardinal Financial Corp/(Fleet Mortgage)!

This misrepresentation of (William J Passarella JR / Identity Theft Victim) and No knowledge of Any loans or Federal Tax For $11,592.33 I had Nothing to do with you?

What happened to you?

When did it happen to you?

Where did it happen to you?

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☐ Yes  ☒ No
    If no, explain why not:

Is the grievance process completed?  ☐ Yes  ☒ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

- Removel/Reversal of Default Judgement in the Amount of 11,592.33...
- Internal Revenue Service to pay Any and All Legal/Court Fees...
- Compensated Relief in Amount of $100,000.00
- Damages in the Amount of $100,000.00
- Removel of All Credit Deficencies Against myself due to This Judgement of Default/ Since 2003

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Pending 5:19-CV-00434-FL
PASSARELLA
VS.
CARDINAL FINANCIAL CORP

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7/23/2020
Dated

William J. Passarella JR
Plaintiff's Signature

WILLIAM J PASSARELLA JR
Printed Name

LG-6537
Prison Identification #

301 Morea RD    Frackville,    PA.    17932
Prison Address        City        State    Zip Code